IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| SHELBY T. MIDGETT, | |
|---|---|
| Plaintiff, | |
| v. | 1:25-CV-1143-DAB-LPA |
| SGT DOWD, et al., | |
| Defendant(s). | |

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on January 8, 2026. (D.E. 3.) The Magistrate Judge recommends dismissing *sua sponte* without prejudice Plaintiff Shelby Midgett's complaint. (D.E. 2.) The deadline for objections passed on January 22, 2026, and no parties have objected to the Recommendation. A supplement, filed on January 29, 2026, by the Plaintiff, does not remedy the issues set forth in the Order and Recommendation. (D.E. 5.)

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 3) is ADOPTED, and this action is DISMISSED WITHOUT PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of February, 2026.

                                            /s/ David A. Bragdon
                                        United States District Judge